510 A.2d 1389

**Joseph Edward MARTIN, Petitioner,**

v.

**OWENS CORNING FIBERGLAS CORPORATION, et al.**

Supreme Court of Pennsylvania.

July 1, 1986.

Petition for Allowance of Appeal GRANTED, No. 52 W.D. Appeal Docket 1986.